IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERAIAH B. YISRAEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPEALS COUNCIL, OFFICE OF HEARING | : | |
| AND APPEALS | : | NO. 02-04059-NS |

## ORDER

AND NOW, this          day of July, 2002, upon consideration of plaintiff's motion for leave to proceed *in forma pauperis*, it appearing that plaintiff is currently employed, it is **ORDERED** that plaintiff's motion is **DENIED**. Plaintiff is granted leave until **August 12, 2002** to pay the required filing fee of $150 or submit a supplemental affidavit outlining why the court should reconsider this ruling. If plaintiff fails to pay the filing fee or submit a supplemental affidavit on or before that date, the court will dismiss this action.

_____
S.J.