IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERAIAH BEN YISRAEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPEALS COUNCIL, OFFICE OF HEARING | : | |
| AND APPEALS | : | NO. 02-4059 |

## ORDER

AND NOW, this          day of August, 2002, it appearing that:

a. Plaintiff filed a motion to proceed *in forma pauperis* on June 25, 2002.

b. By Order of July 12, 2002, plaintiff's motion was denied, but he was granted leave either to submit the filing fee or file a supplemental affidavit explaining why the court should reconsider her ruling.

c. On August 8, 2002, submitted a response to the court's Order of July 12, 2002; said response will be deemed a motion for reconsideration.

d. A review of plaintiff's motion seems to indicate that he is unable to prepay the costs of commencing this suit, pursuant to 28 U.S.C. § 1915(a)(1).

It is therefore **ORDERED** that:

    1. Plaintiff's motion for reconsideration is **GRANTED** and plaintiff is granted leave to proceed *in forma pauperis*.

    2. Plaintiff's complaint shall be filed of record and summons shall issue forthwith. The United States Marshal shall serve the summons and complaint upon defendant in accordance with the Federal Rules of Civil Procedure.

_____
J.