IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| SERAIAH BEN YISREAL | : | CA 02-4059 |
| vs. | : |  |
| JO ANNE B. BARNHART | | |
| Commissioner of Social Security | : | Procedural Order for Social Security |
|  | : | Review Cases |

The above action seeks review of a decision by the Commissioner of Social Security denying plaintiff social security disability benefits. The Court's jurisdiction is limited to reviewing the administrative record to determine whether the decision is supported by substantial evidence in the record. Notwithstanding any other rule governing the procedure in civil cases, it is ordered that:

1. The plaintiff shall cause the summons and complaint to be served upon the defendant in the manner specified by Rules 4(i)1(A)&(B), Federal Rules of Civil Procedure within ten (10) days of the date of this Order.

2. Defendant shall serve and file an answer, together with a certified copy of the transcript of the administrative record, within sixty (60) days of service of the complaint.

3. Plaintiff shall serve and file a motion for summary judgment and brief supporting plaintiff's petition for review within forty-five (45) days of service of defendant's answer.

4. Defendant shall serve and file a cross-motion for summary judgment and brief within thirty (30) days of service of plaintiff's brief.

5. Plaintiff may serve and file a reply within fifteen (15) days after service of defendant's brief.

6. The matter shall be deemed submitted, without hearing, fifteen (15) days after the filing of defendant's opposition, unless otherwise ordered by the Court.

7. No extensions of time will be permitted without order of the Court.

Dated: this <u>19TH</u> day of <u>AUGUST, 2002.</u>

Michael E. Kunz
Clerk of Court


By:_____
ANN MURPHY, Deputy Clerk


cc: James G. Sheehan, AUSA
    S. Yisrael

Revised (12/95)
civ657.frm