IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERAIAH BEN YISRAEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPEALS COUNCIL, OFFICE OF | : | |
| HEARING AND APPEALS | : | NO. 02-4059 |

## ORDER

AND NOW, this          day of January, 2003, upon consideration of defendant's second motion for an enlargement of time to respond to plaintiff's complaint, it is **ORDERED** that:

1. Defendant's motion is **GRANTED**. Defendant shall file and serve its response to plaintiff's complaint on or before **JANUARY 27, 2003**.

2. Plaintiff's motion for summary judgment shall be filed and served on or before **MARCH 13, 2003**.

3. Defendant's cross-motion for summary judgment shall be filed and served on or before **APRIL 14, 2003**.

4. Plaintiff may file and serve a reply to defendant's cross-motion for summary judgment on or before **APRIL 29, 2003**.

5. This matter shall be deemed submitted, without hearing, on **APRIL 29, 2003,** unless otherwise ordered by the court. **No additional extensions of time will be permitted without Order of the court.**

S.J.