IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERAIAH BEN YISRAEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPEALS COUNCIL, OFFICE OF HEARING | : | |
| AND APPEALS | : | NO. 02-4059 |

## ORDER

      AND NOW, this _____ day of March, 2003, upon consideration of plaintiff's letter request for extension of time, it is **ORDERED** that:

      1. Plaintiff shall serve and file a motion for summary judgment and brief supporting plaintiff's petition for review on or before **April 28, 2003.**

      2. Defendant shall serve and file a motion for summary judgment and brief on or before **June 12, 2003**.

      3. Plaintiff may serve and file a reply on or before **June 27, 2003.**

      4. This matter shall be deemed submitted, without hearing on **June 27, 2003**, unless otherwise ordered by the court.

      5. **NO FURTHER EXTENSIONS OF TIME WILL BE PERMITTED WITHOUT ORDER OF THE COURT.**