IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERAIAH BEN YISRAEL                          :        CIVIL ACTION
                                             :
              v.                             :
                                             :
APPEALS COUNCIL, OFFICE OF HEARING           :
AND APPEALS                                  :        NO. 02-4059

## ORDER

   AND NOW, this    day of April, 2003, upon consideration of a request from plaintiff's counsel for an extension of time, which counsel for defendant does not oppose, it is **ORDERED** that:

   1.  Plaintiff shall serve and file a motion for summary judgment and brief supporting plaintiff's petition for review on or before **May 19, 2003.**

   2.  Defendant shall serve and file a motion for summary judgment and brief on or before **June 18, 2003**.

   3.  Plaintiff may serve and file a reply on or before **July 3, 2003.**

   4.  This matter shall be deemed submitted, without hearing on **July 3, 2003**, unless otherwise ordered by the court.

   5.  **NO FURTHER EXTENSIONS OF TIME WILL BE PERMITTED WITHOUT ORDER OF THE COURT.**

                                   _____
                                             J.