IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SERAIAH BEN YISRAEL | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| APPEALS COUNCIL, OFFICE OF HEARING | : | |
| AND APPEALS | : | NO. 02-4059 |

**ORDER**

      AND NOW, this     day of May, 2003, upon consideration of a request from plaintiff's counsel for an extension of time, which counsel for defendant does not oppose, it is **ORDERED** that:

      1. Plaintiff shall serve and file a motion for summary judgment and brief supporting plaintiff's petition for review on or before **June 18, 2003.**

      2. Defendant shall serve and file a motion for summary judgment and brief on or before **July 18, 2003**.

      3. Plaintiff may serve and file a reply on or before **August 4, 2003.**

      4. This matter shall be deemed submitted, without hearing on **August 4, 2003**, unless otherwise ordered by the court.

      5. **NO FURTHER EXTENSIONS OF TIME WILL BE PERMITTED WITHOUT ORDER OF THE COURT.**

                                                                                                               J.

Case 2:02-cv-04059-LR   Document 17   Filed 05/16/2003   Page 2 of 2