IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SERAIAH BEN YISRAEL         :     CIVIL ACTION
                            :
        VS.                 :     NO.   02-4059
                            :
APPEALS COUNCIL, OFFICE
OF HEARING AND APPEALS

## ORDER

AND NOW, this 5th day of AUGUST, 2003, in accordance with the court's procedure for random reassignment of cases, it is hereby,

**ORDERED** that the above captioned case is reassigned from the calendar of the Honorable Norma L. Shapiro to the calendar of the Honorable Lowell A. Reed, Jr.

FOR THE COURT:

JAMES T. GILES
Chief Judge

ATTEST:

_____
MICHAEL E. KUNZ
Clerk of Court